NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGWALL LAW FIRM, P.C.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BANK OF AMERICA, N.A., GLOBAL STAINLESS SUPPLY, INC., and SUMITOMO CORPORATION OF AMERICA,<br><br>　　　　Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civ. No. 10-4500 (DMC) (JAD) |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

　　　　This matter comes before the Court upon the motions of Defendants Global Stainless Supply, Inc. ("GSS") and Sumitomo Corporation of America ("Sumitomo") to dismiss the Complaint on the basis of lack of personal jurisdiction and failure to state a claim. The Court having considered the papers submitted herein, this matter being decided under Federal Rule of Civil Procedure 78 and for the reasons stated in this Court's Opinion filed this day;

　　　　IT IS on this   3rd   day of May, 2010;

　　　　**ORDERED** that GSS's motion to dismiss for lack of personal jurisdiction is **GRANTED**;

　　　　**ORDERED** that Sumitomo's motion to dismiss pursuant to Rule 12(b)(6) is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　 S/ Dennis M. Cavanaugh
　　　　　　　　　　　　　　　　　　　　　　Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | Hon. Joseph A. Dickson, U.S.M.J.<br>All Counsel of Record |